IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| REGINALD CHARLES HARVEY, Grantee, MICHEAL A. SMITH, Grantor(s), and ERIKA L. SMITH, Grantor,<br><br>　　Plaintiffs,<br><br>v.<br><br>M&T BANK, as registered agent, BANK OF AMERICA, MERS, LAKEVIEW LOAN SERVICING, LLC, MERS NOMINEE, RUBIN LUBLIN TN, PLLC, f/k/a COUNTRYWIDE HOME LOAN SERV, LP, COUNTRYWIDE HOME LOAN, INC, as successor in interest to Bank of America, et al.<br><br>　　Defendants. | Case No. 1:14-00181<br><br>Removed from the Hamilton County Circuit Court; Case No. 14C615 |

## CORPORATE DISCLOSURE STATEMENT OF M&T BANK

I, undersigned counsel of record for Lakeview Loan Servicing, LLC ("Lakeview"), certify to the best of my knowledge and belief as follows:

1. My client has the following parent corporations: Lakeview's sole member is Bayview MSR Opportunity Corp., a Delaware corporation.

2. The following publicly held corporation(s) own 10% or more of my client's stock: None.

Respectfully submitted,

/s/Lauren Paxton Roberts
John R. Wingo, BPR No. 16955
Lauren Paxton Roberts, BPR No. 25049
STITES & HARBISON PLLC
401 Commerce Street, Suite 800
Nashville, TN 37219-2490
Telephone: (615) 782-2263

*Counsel for Defendants, M&T Bank and Lakeview Loan Servicing, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of July 2014, a copy of the foregoing was filed via the Court's CM/ECF system and served electronically or via First Class U.S. Mail upon:

| | |
|---|---|
| Reginald Charles Harvey<br>P.O. Box 25371<br>Chattanooga, TN 37422<br>*Pro Se Plaintiff* | Frankie N. Spero<br>Bradley Arant Boult Cummings LLP<br>1600 Division Street, Suite 700<br>Nashville, TN 37203<br>*Counsel for Bank of America and MERS* |
| Bret Jacob Chaness<br>Rubin Lublin TN, PLLC<br>3740 Davinci Court, Suite 150<br>Peachtree Corners, GA 30092<br>*Counsel for Rubin Lublin TN, PLLC* | Michael A. Smith and Erika L. Smith<br>5504 Orlin Drive<br>Chattanooga, TN 37411<br>*Pro Se Plaintiffs* |

/s/ Lauren Paxton Roberts
Lauren Paxton Roberts

1061822:1:NASHVILLE