IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| REGINALD CHARLES HARVEY, Grantee, MICHEAL A. SMITH, Grantor(s), and ERIKA L. SMITH, Grantor,<br><br>    Plaintiffs,<br><br>v.<br><br>M&T BANK, as registered agent, BANK OF AMERICA, MERS, LAKEVIEW LOAN SERVICING, LLC, MERS NOMINEE, RUBIN LUBLIN TN, PLLC, f/k/a COUNTRYWIDE HOME LOAN SERV, LP, COUNTRYWIDE HOME LOAN, INC, as successor in interest to Bank of America, et al.<br><br>    Defendants. | Case No. 1:14-00181<br><br>Removed from the Hamilton County Circuit Court; Case No. 14C615 |

## M&T BANK AND LAKEVIEW LOAN SERVICING, LLC'S MOTION TO STRIKE

On December 2, 2014, Plaintiff Reginald L. Harvey ("Plaintiff") filed an untitled document with this Court (Doc. No. 41.) The Court accepted the document as an "affidavit" of Plaintiff. Defendants M&T Bank and Lakeview Loan Servicing, LLC file this Motion to Strike Plaintiff's filing on the grounds that it is nonsensical and seems to be nothing but an attempt by Plaintiff to have any and all security interests on his property deemed invalid. To the extent that Plaintiff seeks such relief, it needs to be pursuant to a properly filed Motion or other request. The document as filed appears to seek relief in an improper form and should therefore be stricken from the record.

                                                                       Respectfully submitted,

                                                                       */s/ John R. Wingo*
                                                                       John R. Wingo, BPR No. 16955
                                                                       Lauren Paxton Roberts, BPR No. 25049
                                                                       STITES & HARBISON PLLC
                                                                       401 Commerce Street, Suite 800
                                                                       Nashville, TN 37219-2490
                                                                       Telephone: (615) 782-2263
                                                                       *Counsel for Defendants, M&T Bank and Lakeview Loan Servicing, LLC*

## CERTIFICATE OF SERVICE

  I hereby certify that on this 5th day of December, 2014, a copy of the foregoing was filed via the Court's CM/ECF system and served electronically or via First Class U.S. Mail upon:

| | |
|---|---|
| Reginald Charles Harvey<br>P.O. Box 25371<br>Chattanooga, TN 37422<br>*Pro Se Plaintiff* | Frankie Spero<br>Bradley Arant Boult Cummings LLP<br>1600 Division Street, Suite 700<br>Nashville, TN 37203<br>*Counsel for Bank of America and MERS* |
| Bret Jacob Chaness<br>Rubin Lublin TN, PLLC<br>3740 Davinci Court, Suite 150<br>Peachtree Corners, GA 30092<br>*Counsel for Rubin Lublin TN, PLLC* | |

                */s/ John R. Wingo*

1088335:1:NASHVILLE